IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2012 FEB -6  P 3: 55
CLERK'S OFFICE
AT GREENBELT
BY _____

| | |
|---|---|
| DEBRA A. RUM<br>8811 Saint Andrews Drive<br>Chesapeake Beach, Maryland 20732<br><br>    Plaintiff,<br><br>v.<br><br>DARCARS OF NEW CARROLLTON, INC.<br>d/b/a DARCARS CHRSYLER, JEEP, DODGE<br>OF NEW CARROLLTON<br>8100 Annapolis Road<br>New Carrollton, Maryland 20784<br><br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>*Civil Action No.: DKC 12 CV 0366<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \*

**<u>MOTION TO DISMISS OR, IN THE ALTERNATIVE,
TO STAY ACTION PENDING ARBITRATION</u>**

Defendant, DARCARS of New Carrollton, Inc. d/b/a DARCARS Chrysler, Jeep, Dodge of New Carrollton ("DARCARS"), by and through the undersigned attorneys, files this Motion to Dismiss or, in the Alternative, to Stay Action Pending Arbitration and in support thereof states the following:

1. DARCARS operates an automobile dealership and service center in Prince George's County, Maryland.

2. In or about March of 2004, Plaintiff Debra Rum f/k/a Debra Workman (hereinafter "Rum") was hired as a Service Advisor by DARCARS.

3. On March 16, 2004, Rum executed an Employment At Will and Arbitration agreement (hereinafter the "Arbitration Agreement") (a true and accurate copy of the Arbitration Agreement is attached hereto as Exhibit 1).

4. Pursuant to the terms of the Arbitration Agreement, Rum agreed that all disputes and claims relating to her employment with DARCARS would be resolved through binding arbitration.

5. On December 22, 2011, Rum filed a Complaint commencing the above captioned lawsuit. This case involves claims arising from and strictly related to Rum's past employment with DARCARS and, therefore, is subject to the arbitration requirements of the Arbitration Agreement. Accordingly, venue in this Honorable Court is improper and the case should be dismissed with prejudice. In the alternative, this proceeding should be stayed pursuant to the Federal Arbitration Act, 9 USCA § 3, pending conclusion of arbitration.

WHEREFORE, Defendant, DARCARS of New Carrollton, Inc. d/b/a DARCARS Chrysler, Jeep, Dodge of New Carrollton, moves this Honorable Court to dismiss this action with prejudice or, in the alternative, to stay this action pending conclusion of the arbitration.

POINTS AND AUTHORITIES

Federal Arbitration Act
9 USCA § 3

McNamee, Hosea, Jernigan,
Kim, Greenan & Lynch, P.A.

By: _____
John P. Lynch (Bar No. 7433)

_____
Charles H. Henderson (Bar No.: 16139)
6411 Ivy Lane, Suite 200
Greenbelt, MD  20770
(301) 441-2420
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2012, a copy of the foregoing *Motion to Dismiss or, in the Alternative, to Stay Action Pending Arbitration* was mailed via first class mail postage prepaid to:

>Deborah E. Kane, Esquire
>Sharon M. Chambers, Esquire
>Hartel, Kane, DeSantis & Howie, LLP
>Calverton Office Park
>11720 Beltsville Drive, Suite 500
>Beltsville, Maryland 20705
>*Attorneys for Plaintiff*

By: _____
Charles H. Henderson