


# DARCARS CHRYSLER JEEP DODGE OF NEW CARROLLTON
8100 ANNAPOLIS RD • NEW CARROLLTON, MD • 20784
(301) 459-6800
WWW.DARCARS.COM

## EMPLOYMENT AT WILL AND ARBITRATION

READ THIS DOCUMENT CAREFULLY. IT CONTAINS IMPORTANT INFORMATION ABOUT LIMITATIONS ON YOUR RIGHTS AS AN EMPLOYEE.

THE EMPLOYEE IS EMPLOYED PERSONAL TO THE EMPLOYER'S "AT WILL" POLICY. THE EMPLOYMENT AND COMPENSATION OF THE EMPLOYEE CAN BE TERMINATED BY THE EMPLOYER OR THE EMPLOYEE AT ANY TIME, WITH OR WITHOUR CAUSE AND/OR WITH OR WITHOUT NOTICE, AT THE OPTION OF THE EMPLOYER OF OF THE EMPLOYEE.

EXCEPT FOR EXCLUSIVELY MONETARY CLAIMS OF LESS THAT $5000, ANY DISPUTE OR CONTROVERSY (INCLUDING THE QUESTION OF WHETHER THE DISPUTE OR CONTROVERSY IS SUBJECT TO ARBITRATION) WHICH WOULD OTHERWISE REQUIRE OR ALLOW RESULT TO ANY COURT OR OTHER GOVERNMENTAL DISPURE RESOLUTION FORUM, BETWEEN THE EMPLOYEE AND THE COMPANY (OR ITS OWNERS, EMPLOYEES, AGENTS, DIRECTORS, AND OFFICERS, AND PARTIES AFFILIATED WITH ITS EMPLOYEE BENEFIT AND HEALTH PLANS) ARISING FROM, RELATED TO, OR HAVING ANY RELATIONSHIP OR CONNECTION WHATSOEVER WITH LAW, EQUITY, OR OTHERWISE, SPECIFICALLY INCLUDING BUT NOT LIMITED TO ANY AND ALL MATTERS ARISING UNDER THE CONSTITUTION OF THE UNITED STATES OR OF ANY STATE, THE EMPLOYMENT RETIREMENT INCOME SECURITY ACT, TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, THE CIVIL RIGHTS ACT OF 1866, 1871, AND 1991, THE REHABILITATION ACT, THE EQUAL PAY ACT, THE VIETNAM VETERANS READJUSTMENT ASSISTANCE ACT, THE IMMIGRATION REFORM CONTROL ACT, THE AMERICANS WITH DISABILITIES ACT, AND THE OLDER WORKER'S BENEFITS PROTECTION ACT, SIMILAR STATE AND LOCAL STATUS REGULATIONS, AND ORDINANCES, AS WELL AS ANY OTHER FEDERAL, STATE, OR LOCAL PERSONAL INJURY, CIVIL RIGHTS, OR EMPLOYMENT RELATED LAWS, REGULATIONS, RULES OR THEORIES (EXCEPT FOR WORKER'S COMPENSATION CLAIMS WHICH SHALL NOT BE SUBJECT TO THESE PROCEDURES) SHALL BE SUBMITTED TO, AND DETERMINED BY, BINDING ARBITRATION UNDER THE FEDERAL ARBITRATION ACT; PROVIDED HOWEVER, THAT IN ADDITION TO REQUIREMENTS IMPOSED BY LAW, ANY ARBITRATOR HEREIN SHALL BE A RETIRED JUDGE OF THE STATE IN WHICH THE EMPLOYER DOES BUSINESS OR A MEMBER OF THE BAR OF THAT STATE ACCEPTABLE TO BOTH THE EMPLOYER OR THE EMPLOYEE (OR ACCEPTABLE TO AN ATTORNEY CHOSEN BY THE EMPLOYER AND AN ATTORNEY CHOSEN BY THE EMPLOYEE); ALL RULES OF PLEADINGS, DISCOVERY, AND OF EVIDENCE APPLICABLE TO CIVIL ACTIONS IN THIS STATE'S COURTS SHALL APPLY; RESOLUTION OF THE DISPUTES SHALL BE BASED SOLELY UPON THE LAW GOVERNING THE CLAIMS, AND THE ARBITRATOR MAY NOT INVOKE ANY BASIS OTHER THAN SUCH CONTROLLING LAW. ALL SUCH MATTERS MUST BE SUBMITTED TO ARBITRATION WITHIN THE TIME LIMIT FOR ACTION UNDER THE STATUTE OR OTHER LAW REGULATING THE STATUTE OF LIMITATIONS FOR SUCH ACTIONS. AS RESONABLY REQUIRED TO ALLOW FULL USE AND BENEFIT OF PROCEEDINGS PURSUANT HERETO, THE ARBITRATOR MAY EXTEND THE TIMES SET BY THE ACT FOR THE GIVING OF NOTICES AND THE SELLING OF HEARINGS. AT EITHER PARTY'S REQUEST, AWARDS EXCEEDING $50,000 SHALL BE SUBJECT TO REVERSAL, MODIFICATION, OR REDUCTION, FOLLOWING REVIEW OF THE RECORD AND ARGUMENTS OF THE PARTIES BY A SECOND ARBITRATOR WHO SHALL BE CHOSEN ACCORDING TO THE SAME PROCEDURE FOR CHOOSING THE ARBITRATOR WHOSE DECISION IS CHALLENGED AND WHO SHALL, AS FAR AS PRACTICABLE, PROCEED ACCORDING TO THE LAW AND PROCEDURES APPLICABLE TO APPELLATE REVIEW BY THE HIGHEST COURT OF THE STATE IN WHICH THE EMPLOYER DOES BUSINESS OF A CIVIL JUDGEMENT FOLLOWING COURT TRIAL. COSTS OF THE ARBITRATION SHALL BE APPORTIONED BY THE ARBITRATION BASED UPON THE APPLICABLE LAW. BY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH THE EMLOYEE AND THE EMPLOYER GIVE UP THEIR RIGHTS TO TRIAL BY JURY.

This is the exclusive procedure for remedy for any dispute or controversy covered. This is the entire understanding between the Company and employee reguardin employment and reasons for termination of employment. There is no contract concerning employment between the Company and the Employee.

Signed this **16** day of **March**, 20 **04**

_Dosca Workman_     _[signature]_
Employee's Name Printed     Employee's Signature

