```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| DEBRA A. RUM | : |
|  | : |
| v. | :   Civil Action No. DKC 12-0366 |
|  | : |
| DARCARS OF NEW CARROLLTON, INC. | : |
|  | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 10th day of July, 2012, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss or, in the alternative, to stay action pending arbitration filed by Defendant DARCARS of New Carrollton, Inc. (ECF No. 4), BE, and the same hereby IS, GRANTED;

2. Arbitration between the parties regarding the amended complaint filed by Plaintiff Debra A. Rum (ECF No. 2) BE INITIATED;

3. These proceedings BE, and the same hereby ARE, STAYED pending arbitration and counsel are directed to notify the court promptly of the results;

4. The Clerk shall ADMINISTRATIVELY CLOSE this case, subject to reopening upon the completion of arbitration at the request of either party; and

5. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                                                               /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge