IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| DEBRA A. RUM | * |
| Plaintiff, | * |
| v. | * Civil Action No. 8:12-cv-00366 DKC |
| DARCARS OF NEW CARROLLTON, INC. | * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF THE RESULTS OF ARBITRATION

Defendant, DARCARS of New Carrollton, Inc. t/a DARCARS Chrysler, Jeep, Dodge of New Carrollton ("DARCARS"), by and through the undersigned attorneys, hereby submits this Notice of the Results of Arbitration and states as follows:

1. On July 12, 2012, the Court entered an Order (the "July 12th Order") staying the above captioned case and directing the parties to commence arbitration. (July 12th Order attached hereto as Exhibit 1).

2. In the July 12th Order, the Court also ordered counsel for the parties to notify the Court of the results of the arbitration. (Exhibit 1).

3. On September 20, 2013, an arbitration hearing has held in the case.

4. On October 18, 2013, a final Opinion and Decision (the "Opinion and Decision") was issued by the arbitrator in this case finding in favor of DARCARS on all claims. (Opinion and Decision attached hereto as Exhibit 2).

5. Pursuant to the requirements of the July 12th Order, DARCARS is hereby submitting the Opinion and Decision, and DARCARS requests confirmation of the Opinion and Decision pursuant to the Federal Arbitration Act, 9 USC § 9.

Respectfully submitted,

McNAMEE, HOSEA, JERNIGAN,
KIM, GREENAN & LYNCH, P.A.

/s/
---
Charles H. Henderson (Bar No.: 16139)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
(301) 441-2420 telephone
(301) 982-9450 facsimile
chenderson@mhlawyers.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2013, a copy of the foregoing *Notice of the Results of Arbitration* was mailed via first class mail postage prepaid to:

Deborah E. Kane, Esquire
Sharon M. Chambers, Esquire
Hartel, Kane, DeSantis & Howie, LLP
Calverton Office Park
11720 Beltsville Drive, Suite 500
Beltsville, Maryland 20705
Attorneys for Plaintiff

By: /s/
Charles H. Henderson