IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEBRA A. RUM                              :

                                                            :

   v.                                      :   Civil Action No. DKC 12-366

                                                             :

DARCARS OF NEW CARROLLTON, INC.            :

**MEMORANDUM OPINION AND ORDER**

Plaintiff Debra A. Rum commenced this action against Defendant DARCARS of New Carrolton, Inc., on or about December 22, 2011, by filing a complaint in the Circuit Court for Prince George's County. Shortly thereafter, she amended her complaint, alleging intentional infliction of emotional distress; disparate treatment and retaliation under Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act, the Equal Pay Act, and analogous provisions of the Prince George's County Code; negligence; and breach of contract. Defendant was served on January 30, 2012, and timely removed to this court, citing federal question jurisdiction. Concomitantly with its notice of removal, Defendant filed a motion to dismiss or, in the alternative, to stay the action pending arbitration. That motion was granted by a memorandum opinion and order issued July 10, 2012, and the case was administratively closed, subject to reopening upon the completion of arbitration.

On November 21, 2013, Defendant filed the pending request for confirmation of arbitration award, attaching a copy of the arbitrator's opinion and decision. (ECF No. 13). The opinion reflects that Plaintiff's breach of contract claim was dismissed without objection at the conclusion of the hearing and that Plaintiff subsequently agreed to dismiss her claim under the Prince George's County Code. As to all other claims, the arbitrator found for Defendant, entering judgment in its favor.

On December 27, Plaintiff filed a response in which she "states that all claims in this matter were resolved by the arbitration" and that the arbitrator's "decision can be confirmed." (ECF No. 15).

Accordingly, it is this 31st day of December, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The case BE, and the same hereby IS, REOPENED for the limited purpose of adjudicating the request to confirm arbitration award;

2. Defendant's request to confirm and enforce arbitration award (ECF No. 13), BE, and the same hereby IS, GRANTED;

3. Judgment BE, and the same hereby IS, ENTERED in favor of Defendant DARCARS of New Carrollton, Inc., and against Plaintiff Debra A. Rum on all claims; and

4. The clerk is directed to transmit copies of the foregoing Memorandum Opinion and Order to counsel for the parties and CLOSE this case.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　　United States District Judge